[No. 5249-1-II. Division Two. September 27, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD E. LININGER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 57907, Stanley W. Worswick, J., entered December 17, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 5286-5-II. Division Two. September 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER BYRNE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-701, John W. Schumacher, J., entered January 2, 1981. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4654-1-III. Division Three. September 28, 1982.]

SAN POIL LUMBER CO., INC., *Respondent,* v. DOUBLE "L" PROPERTIES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 240300, Willard A. Zellmer, J., entered April 20, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.